UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   DOCKET NO.: 21-MJ- 01209-DLC |
| | ) |
| STEVE WAITHE | ) |
| | ) |

MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Steve Waithe, hereby moves this Honorable Court to modify his conditions of release to allow for limited access to the internet for employment purposes only. As grounds therefor, this Court released Mr. Waithe on conditions on May 19, 2021, including a condition that he have no access to the internet. D.E. 21. Those conditions were subsequently modified to allow Mr. Waithe to use his father's device to utilize videoconferencing to meet with his attorney and to engage in mental health therapy. D.E. 23, 26. Mr. Waithe now asks that this Court to allow him limited access to the internet for employment purposes. Since his release, Mr. Waithe has secured employment as a pizza delivery driver, but would like to find a better job. He asks this Court to allow limited access to the internet so that he may seek and pursue employment. He is amenable to such restrictions as monitoring software, the use of the internet only in the presence of one of his parents, and/or the use of the internet at only a set time each week. He further agrees not to use any social media while accessing the internet, and to continue to abide by the condition that he have no direct or indirect contact with any potential victims or witnesses in his case. Probation takes no position on this request, although they report that Mr. Waithe has complied with his conditions of release to datep. The government, through Assistant United States Adam Deitch, opposes this request.

Respectfully submitted,

*/s/ Jane Peachy*
Jane Peachy, BBO #661394
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston, MA   02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 16, 2021.

*/s/ Jane Peachy*
Jane Peachy