UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>STEVE WAITHE      )<br>) | DOCKET NO.: 21-CR- 10342-PBS |

JOINT MEMORANDUM IN ADVANCE OF FINAL STATUS CONFERENCE

Pursuant to Local Rule 116.5(c), the parties hereby file this joint memorandum prepared in connection with the final status conference scheduled for April 20, 2023. The parties request that the April 20, 2023 conference be canceled and that, for reasons discussed in more detail below, the case be referred to the district judge for further proceedings.

1) The defendant anticipates requesting a Rule 11 hearing, but the parties are still engaged in plea negotiations. For this reason, the defendant is not requesting a Rule 11 hearing yet.

2) The parties do not anticipate a trial and suggest a status conference or pretrial conference before the district judge. The parties further report as follows:

   A) The government may be producing a small additional production of discovery in the next two weeks. The parties do not anticipate any further discovery.

   B) There are no unresolved discovery requests or motions.

   C) The defense does not intend to file any Rule 12(b) motions at this time.

   D) All of the time has been excluded since the defendant's initial appearance through the date of the final status conference scheduled for April 20, 2023. The parties request that the time be excluded until the first appearance before the district judge.

E) As noted above, the parties do not believe this case will proceed to trial; however, if it did, the parties estimate the length of trial to be seven to ten days.

Respectfully submitted,

| | |
|---|---|
| STEVE WAITHE, <br> By his attorney, | UNITED STATES OF AMERICA, <br> By its attorney, |
| /s/ Jane Peachy <br> Jane Peachy <br> Federal Public Defender Office <br> 51 Sleeper Street, 5th Floor <br> Boston, MA 02210 <br> Jane_Peachy@fd.org <br> 617-223-8061 | RACHAEL S. ROLLINS <br> United States Attorney <br><br> /s/ Adam W. Deitch <br> Adam W. Deitch <br> Assistant United States Attorney <br> John Joseph Moakley U.S. Courthouse <br> One Courthouse Way, Suite 9200 <br> Boston, MA 02210 <br> adam.deitch@usdoj.gov <br> 617-748-3123 |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2023.

/s/ Jane Peachy
Jane Peachy